UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 2:21-cv-03770-JAK | Date | February 5, 2025 |
|---|---|---|---|
| Title | Aragon v. United States of America | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CASE JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on January 15, 2025, ordering Petitioner to show good cause in writing by filing a declaration and any supporting memorandum, no later than February 3, 2025, why this action should not be dismissed for lack of prosecution. There has been no response filed to the Order to Show Cause. Therefore, the Court dismisses the matter without prejudice for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | DT | |